# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2025

## NO. 03-24-00088-CV

**Bekins Van Lines, Inc. and Willis Permian Movers, Inc., Appellants**

**v.**

**Sherwin Kahn, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on November 9, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment as to the $29,228.99 loss-of-use damages awarded and the negligence claim against Willis and the trial court's judgment to the extent that it orders Kahn's actual-damages recovery "jointly and severally" against Bekins and Willis and renders a take-nothing judgment as to Willis. Because the trial court awarded prejudgment interest on the loss-of-use damages award in the amount of $6,486.84, the Court reverses that portion of the judgment. We render judgment that Kahn take nothing on his loss-of-use damages. We affirm the judgment in all other aspects. Each party shall bear their own appellate costs.